494

169 A.3d 984

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. SHAUN D. CLIFTON–SHORT, DEFENDANT–PETITIONER.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000197–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

169 A.3d 984

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. QUENTIN L. GLOVER, DEFENDANT–PETITIONER.

June 15, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002649–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.